| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hale, David J. | 2. Court or Organization<br><br>U.S. District Court, Western Kentucky | 3. Date of Report<br><br>05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Gene Snyder U.S. Courthouse<br>601 W. Broadway<br>Louisville, Kentucky 40202 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Baptist Health - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Transylvania University | Tuition payment plan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mainsource Bank Accounts (see Note 1 in Part VIII) | A | Interest | K | T | | | | | |
| 2. Mainsource Bank Stock (see Note 2 in Part VIII) | C | Dividend | M | T | Redeemed (part) | 06/09/17 | M | F | |
| 3. -formerly First Capital Bank | | | K | T | Sold (part) | 06/12/17 | M | F | |
| 4. Fidelity Freedom K 2035 Fund | A | Dividend | K | T | | | | | |
| 5. Investment Account (H) | | | | | | | | | |
| 6. Legg Mason Funds Clearbridge Dividend Strategy Fund Class I | A | Dividend | K | T | Buy | 07/03/17 | K | | |
| 7. Virtus Funds KAR Small Cap Core Fund Class I | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 8. Wells Fargo Cash Accounts (see Note 3 in Part VIII) | A | Interest | K | T | Open | 05/17/17 | K | | |
| 9. Legg Mason Funds Clearbridge Aggressive Growth Fund Class I | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 10. Blackrock Funds IShares S&P 500 Index Fund | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 11. Individual Retirement Accounts (H) | | | | | | | | | |
| 12. -Abbvie Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 13. | | | | | Sold | 05/30/17 | J | A | |
| 14. -Altria Group Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 15. | | | | | Sold | 05/30/17 | J | A | |
| 16. -AT&T Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 17. | | | | | Sold | 05/18/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Electric Power Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 19. | | | | | Sold | 05/30/17 | J | A | |
| 20. -Cisco Systems Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 21. | | | | | Sold | 05/30/17 | J | A | |
| 22. -Conagra Brands Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 23. | | | | | Sold | 05/30/17 | J | A | |
| 24. -Diageo PLC Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 25. | | | | | Sold | 05/30/17 | J | A | |
| 26. -Dominion Energy Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 27. | | | | | Sold | 05/30/17 | J | A | |
| 28. -Dover Corp Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 29. | | | | | Sold | 05/30/17 | J | A | |
| 30. -DuPont E.I. De Nemours & Co Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 31. | | | | | Sold | 05/30/17 | J | A | |
| 32. -Exxon Mobil Corp Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 33. | | | | | Sold | 05/18/17 | J | A | |
| 34. -General Dynamics Corp Stock | A | Dividend | | | Buy | 05/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/30/17 | J | A | |
| 36. -General Electric Co Stock | A | Dividend | | | Buy (add'l) | 05/10/17 | J | | |
| 37. | | | | | Sold | 05/30/17 | J | B | |
| 38. -Genuine Parts Co Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 39. | | | | | Sold | 05/30/17 | J | A | |
| 40. -Glaxosmithkline PLC-ADR Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 41. | | | | | Sold | 05/30/17 | J | A | |
| 42. -Hasbro Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 43. | | | | | Sold | 05/30/17 | J | A | |
| 44. -Home Depot Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 45. | | | | | Sold | 05/30/17 | J | A | |
| 46. -Illinois Tool Works Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 47. | | | | | Sold | 05/30/17 | J | A | |
| 48. -Intel Corp Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 49. | | | | | Sold | 05/30/17 | J | A | |
| 50. -IBM Corp Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 51. | | | | | Sold | 05/30/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -International Paper Co Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 53. | | | | | Sold | 05/30/17 | J | A | |
| 54. -Johnson & Johnson Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 55. | | | | | Sold | 05/18/17 | J | A | |
| 56. -Kimberly-Clark Corp Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 57. | | | | | Sold | 05/30/17 | J | A | |
| 58. -Lockheed Martin Corp Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 59. | | | | | Sold | 05/30/17 | J | A | |
| 60. -M & T Bank Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 61. | | | | | Sold | 05/30/17 | J | A | |
| 62. -Maxim Integrated Products Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 63. | | | | | Sold | 05/30/17 | J | A | |
| 64. -McDonalds Corp Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 65. | | | | | Sold | 05/30/17 | J | A | |
| 66. -Microchip Technology Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 67. | | | | | Sold | 05/30/17 | J | A | |
| 68. -Microsoft Corp Stock | A | Dividend | | | Buy | 05/10/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 05/30/17 | J | A | |
| 70. -J.P. Morgan Chase & Co Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 71. | | | | | Sold | 05/18/17 | J | A | |
| 72. -Nextera Energy Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 73. | | | | | Sold | 05/30/17 | J | A | |
| 74. -Nucor Corp Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 75. | | | | | Sold | 05/30/17 | J | A | |
| 76. -People's United Financial Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 77. | | | | | Sold | 05/30/17 | J | A | |
| 78. -Pepsico Incorporated Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 79. | | | | | Sold | 05/30/17 | J | A | |
| 80. -Pfizer Incorporated Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 81. | | | | | Sold | 05/19/17 | J | A | |
| 82. -Phillips 66 Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 83. | | | | | Sold | 05/30/17 | J | A | |
| 84. -Proctor & Gamble Co Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 85. | | | | | Sold | 05/30/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Sonoco Products Co Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 87. | | | | | Sold | 05/30/17 | J | A | |
| 88. -The Southern Company Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 89. | | | | | Sold | 05/30/17 | J | A | |
| 90. -United Parcel Service-B Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 91. | | | | | Sold | 05/18/17 | J | A | |
| 92. -US Bancorp | A | Dividend | | | Buy | 05/10/17 | J | | |
| 93. | | | | | Sold | 05/19/17 | J | A | |
| 94. -Verizon Communications Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 95. | | | | | Sold | 05/30/17 | J | A | |
| 96. -Walgreens Boots Alliance Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 97. | | | | | Sold | 05/30/17 | J | A | |
| 98. -Waste Management Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 99. | | | | | Sold | 05/30/17 | J | A | |
| 100. -Welltower Inc Stock | A | Dividend | | | Buy | 05/10/17 | J | | |
| 101. | | | | | Sold | 05/30/17 | J | A | |
| 102. -Legg Mason Funds Clearbridge Aggressive Growth Fund Class I | B | Dividend | K | T | Buy | 06/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Legg Mason Funds Clearbridge Appreciation Fund Class I | B | Dividend | K | T | Buy | 06/01/17 | K | | |
| 104. -Legg Mason Funds Clearbridge Dividend Strategy Fund Class I | C | Dividend | L | T | Buy | 06/01/17 | L | | |
| 105. -Blackrock Funds III S&P Index Fund Class K | C | Dividend | K | T | Buy | 06/01/17 | K | | |
| 106. -Virtus Funds KAR Small Cap Core Fund Class I | C | Dividend | K | T | Buy | 06/01/17 | K | | |
| 107. -UBS Funds Global Allocation Class C (see Note 4 Part VIII) | A | Dividend | | | Sold | 08/16/17 | J | B | |
| 108. -UBS Funds Dynamic Alpha Fund Class C (see Note 4 Part VIII) | A | Dividend | | | Sold | 08/16/17 | J | A | |
| 109. -Virtus Funds Vontobel Emerging Markets Opportunities Fund | A | Dividend | J | T | Buy | 08/17/17 | J | | |
| 110. -Wells Fargo Cash Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes regarding Part VII, as indicated therein:

Note 1: On April 30, 2017 Mainsource Bank acquired First Capital Bank. As a result of the merger, my bank accounts at First Capital Bank automatically converted to Mainsource Bank. No closure or opening of an account occurred.

Note 2: As a result of the bank merger, on June 9, 2017, I received a combination of stock and cash from Mainsource in exchange for my First Capital Bank stock.

Note 3: A Wells Fargo cash account was opened in 2016. Another was opened as indicated here on May 17, 2017.

Note 4: From a review of one IRA account held by my spouse, I found that two UBS mutual funds I reported sold in full in 2016 were still held in small amounts. As indicated, the remaining shares were sold in 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David J. Hale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544